

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Texas Department of Transportation, | § | No. 08-16-00049-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Genaro Flores, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014-DCV1263) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **May 6, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita D. Garcia, Court Reporter for the 171st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **May 6, 2016.**

IT IS SO ORDERED this 26th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.